01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  MANUEL RAMIREZ,                    )   CASE NO. C08-0492-RSM
                                       )
09          Petitioner,                )
                                       )
10      v.                             )   REPORT AND RECOMMENDATION
                                       )
11  WASHINGTON STATE                   )
    DEPARTMENT OF CORRECTIONS,         )
12                                     )
            Respondent.                )
13  _____)

14      Petitioner is a state prisoner who is currently incarcerated at the Washington Corrections

15  Center in Shelton, Washington.  He has submitted to this Court for review a petition for writ of

16  habeas corpus under 28 U.S.C. § 2241.  He appears to allege in his petition that he was not

17  awarded appropriate credit for time served, and that his right to represent himself and his right to

18  a speedy trial were violated during criminal proceedings before the King County Superior Court.

19      The Ninth Circuit has made clear that § 2254 is the exclusive avenue for a state prisoner

20  to challenge the constitutionality of his detention when the prisoner is in custody pursuant to a

21  state court judgment *White v. Lambert*, 370 F.3d 1002, 1007 (9th Cir. 2004). Because petitioner

22  alleges in his petition that his constitutional rights were violated during state court criminal

REPORT AND RECOMMENDATION
PAGE -1

01 proceedings which apparently resulted in his current incarceration in the Washington Department
02 of Corrections, his petition must be construed as one brought pursuant to § 2254. And because
03 it appears from the face of the petition that petitioner has not yet exhausted any of his federal
04 habeas claims in the state courts, his claims are not eligible for review in this federal habeas
05 proceeding. *See Rose v. Lundy*, 455 U.S. 509 (1982); 28 U.S.C. §2254(b), (c). Accordingly, this
06 Court recommends that petitioner's federal habeas petition be dismissed without prejudice. This
07 Court further recommends that petitioner's application to proceed *in forma pauperis* be denied
08 as moot. A proposed order accompanies this Report and Recommendation.

09      DATED this 17th day of April, 2008.

                                     /s/ Mary Alice Theiler
                                     Mary Alice Theiler
                                     United States Magistrate Judge